DANIEL R. LYDDY, as Executor, etc., Appellant and Respondent, *v.* SELAH CHAMBERLAIN, Appellant and Respondent.

21 い火 か'q 4-97

(Argued March 9, 1885; decided April 14, 1885.)

DECIDED upon the facts. ✓

*Robert Sewell* for plaintiff.

*Francis N. Bangs* for defendant.

FINCH, J., reads for affirmance on appeal of plaintiff, and for reversal and new trial on defendant's appeal.

All concur.

Ordered accordingly.